IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH DARNELL DENEGAL,** | Case No. CV 13-2507 DOC (AS) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **M. MOZ, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, all claims are dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.


Dated: April 4, 2016 _____/ s /_____
Honorable Alka Sagar
United States Magistrate Judge

LA2013610824
61928290.doc

1